| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:06-CR-119(2)
§
DOUGLAS EUGENE SUND §

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine Defendant Eugene Sund's competency for purposes of sentencing. After considering the examiner's findings, Judge Giblin filed his Report and Recommendation on Defendant's Competency to Stand Trial (#37). Judge Giblin concluded that Mr. Sund is competent for purposes of sentencing under 18 U.S.C. § 4244.

The parties have not objected to the magistrate judge's findings and recommendation. The Court accepts the findings in the Report and Recommendation. The Court **ORDERS** that Judge Giblin's Report and Recommendation on Defendant's Competency (#37) is **ADOPTED.** The Court further **ORDERS** and **FINDS**, in accordance with the magistrate judge's recommendation, the examiner's report, and the parties' agreement that Defendant Eugene Sund is competent for purposes of sentencing pursuant to Title 18, United States Code, Section 4244.

SIGNED at Beaumont, Texas, this 8th day of March, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE